UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MANDEEP SINGH,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ JR., et al.,<br>Respondents. | No. 5:26-cv-04452-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the Petition is:

(1) Granted, in part, with Respondents ORDERED to:

(a) provide an individualized bond hearing before an immigration judge for **Petitioner Mandeep Singh (A# 245 711 068)** within seven (7) days from the date of this Order at which the government shall bear the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community, with instructions that the immigration judge has authority to consider Petitioner for release on bond and must provide a written, reasoned decision if bond is denied; OR

(b) release Petitioner from custody subject to his prior release conditions if Petitioner is not timely provided with the aforementioned bond hearing; and

(2) Denied as to all other relief sought by the Petition without prejudice.

Dated: August 19, 2026 ____

JOHN D. EARLY
United States Magistrate Judge